**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

## San Francisco Division

FREDERICK HEGARTY,

      Plaintiff,

    v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,

      Defendant.

_____/

No. C 14-1976 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      October 7, 2014
Mediator:  Katherine Ritchey

     IT IS HEREBY ORDERED that the request to excuse defendant AT&T Umbrella Benefit Plan No. 1's corporate representative, Doug Adkins, from appearing in person at the October 7, 2014, mediation before Katherine Ritchey is GRANTED.  Mr. Adkins shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

     IT IS SO ORDERED.

September 15, 2014            By: _____

Dated                                       Maria-Elena James
                                              United States Magistrate Judge