Law Offices of P. Randall Noah
P. Randall Noah (State Bar No. 136452)
8 Camino Encinas, Suite 220
Orinda, CA 94563
Facsimile (925) 253-5542
Telephone (925) 253-5540
E-mail: pnoah@ix.netcom.com

Attorney for Plaintiff
FREDERICK HEGARTY


LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, Ca1ifomia 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
E-mail: skumagai@lkclaw.com
E-mail: rkimura@lkclaw.com

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK HEGARTY,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendants. | Case No. C14-01976 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DAY TO FILE A MOTION FOR ATTORNEY'S FEES AND CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed: April 29, 2014 |

Plaintiff Frederick Hegarty ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 (the "Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, on June 11, 2015, the Court issued an order denying Defendant's motion for summary judgment and granting Plaintiff's motion for summary judgment (the "Order") and awarded Plaintiff reasonable attorney's fees [Dkt No. 46];

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DAY TO FILE A MOTION FOR ATTORNEY'S FEES AND CASE MANAGEMENT STATEMENT (Case No.  C14-01976 EMC)

1  WHEREAS, the Court instructed the Parties to meet counsel over the amount of
2 attorney's fees and that if no agreement is reached, Plaintiff shall file a motion for attorney's fees
3 by July 2, 2015;

4  WHEREAS, the Court scheduled a further Case Management Conference for August 27,
5 2015 [Dkt No. 47]; and

6  WHEREAS, the Parties are continuing to meet and confer over the amount of attorney's
7 fees and require additional time to complete said meet and confer;

8  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
9 their respective attorneys of record that the last day to file a motion for attorney's fees be July 31,
10 2015, and the Case Management Conference be continued to September 24, 2015, at 10:30 a.m.

Respectfully submitted,

Dated: June 24, 2015    LAW OFFICES OF P. RANDALL NOAH

 /s/ P. Randall Noah
P. RANDALL NOAH
Attorneys for Plaintiff
FREDERICK HEGARTY

Dated: June 24, 2015    LAFAYETTE & KUMAGAI LLP

 /s/ Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 26, 2015

THE H_____ CHEN
U.S. DI_____

*IT IS SO ORDERED*
*Judge Edward M. Chen*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DAY TO FILE A MOTION
FOR ATTORNEY'S FEES AND CASE MANAGEMENT STATEMENT (Case No. C14-01976 EMC)

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of P. Randall Noah, counsel for Plaintiff, for the filing of this stipulation.

 */s/ Susan T. Kumagai*
SUSAN T. KUMAGAI

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on June 24, 2015, on counsel of record in compliance with Federal Rule 5 and Local Rule 5.6, by use of the Court's ECF system.

 */s/ Susan T. Kumagai*
SUSAN T. KUMAGAI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DAY TO FILE A MOTION FOR ATTORNEY'S FEES AND CASE MANAGEMENT STATEMENT (Case No. C14-01976 EMC)