1 | Law Offices of P. Randall Noah
2 | P. Randall Noah (State Bar No. 136452)
    21 Orinda Way, Suite C, #316
    Orinda, California 94563
3 | Facsimile (925) 253-5542
    Telephone (925) 253-5540
4 | E-mail: pnoah@ix.netcom.com

5 | Attorney for Plaintiff
    FREDERICK HEGARTY
6 |

7 | LAFAYETTE & KUMAGAI LLP
    SUSAN T. KUMAGAI (State Bar No. 127667)
8 | REBECCA K. KIMURA (State Bar No. 220420)
    101 Mission Street, Suite 600
9 | San Francisco, Ca1ifomia 94105
    Telephone: (415) 357-4600
10 | Facsimile: (415) 357-4605
    E-mail: skumagai@lkclaw.com
11 | E-mail:  rkimura@lkclaw.com

12 | Attorneys for Defendant
    AT&T UMBRELLA BENEFIT PLAN NO. 1
13 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FREDERICK HEGARTY,                     | Case No. C14-01976 EMC          |
|----------------------------------------|----------------------------------|
| Plaintiff,                             | **STIPULATION OF DISMISSAL**    |
| vs.                                    |                                  |
| AT&T UMBRELLA BENEFIT PLAN NO. 1,      | Complaint Filed: April 29, 2014 |
| Defendants.                            |                                  |

1

STIPULATION OF DISMISSAL (Case No. C14-01976 EMC)

Plaintiff Frederick Hegarty and Defendant AT&T Umbrella Benefit Plan No. 1, acting through their respective counsel of record, hereby stipulate that this action be dismissed without prejudice.

Respectfully submitted,

Dated: July 28, 2015                LAW OFFICES OF P. RANDALL NOAH

 */s/ P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff
FREDERICK HEGARTY

Dated: July 28, 2015                LAFAYETTE & KUMAGAI LLP

 */s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL (Case No. C14-01976 EMC)

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the permission of P. Randall Noah, counsel for Plaintiff, for the filing of this statement.

                                   */s/ Susan T. Kumagai*
                                   SUSAN T. KUMAGAI